IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **03-cv-866-AP**

**IRENE BRUNETTE for ROBERT BRUNETTE (deceased),**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER

Kane, J.

This matter is before the Court on the Joint Motion to Dismiss and for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act, (doc. #15), filed November 24, 2008. The Motion is **GRANTED**. In consideration thereof, it is

**ORDERED** that this case is **DISMISSED AS MOOT**. It is

**FURTHER ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$1814.40**.

Dated at Denver, Colorado, this 25th day of November, 2008.

                                    BY THE COURT:

                                    *S/John L. Kane*
                                    JOHN L. KANE, SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT